# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2295
LT Case No. 2016-CA-001945

———————————————

NEIL AGUSTUS CUFF,

    Appellant,

    v.

ADVENTIST HEALTH SYSTEM,
SUNBELT, INC. D/B/A FLORIDA
HOSPITAL ALTAMONTE,

    Appellee.

———————————————

On appeal from the Circuit Court for Seminole County.
Christopher Sprysenski, Judge.

Neil Agustus Cuff, Orlando, pro se.

Correy B. Karbiener and Christopher R. Parkinson, of Moran
Kidd Lyons Johnson Garcia, P.A., Orlando, for Appellee.

November 21, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____